# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2017

## NO. 03-01-00300-CV

**Kenneth W. Eilers, Appellant**

**v.**

**Central Texas Bank, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the

Court holds that appellant has not prosecuted his appeal and did not comply with a notice from

the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution.

Appellant shall pay all costs relating to this appeal, both in this Court and the court below.